**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 5, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
WD76243          Raymond Graves vs. State of Missouri


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------
WD75576          State of Missouri vs. Issac J. Murrell Jr.
WD76262          State of Missouri vs. James Napoleon Woods
WD76463          State of Missouri vs. David M. Sears
WD76505          State of Missouri vs. David Burton